## **DECLARATION OF SHARYN ELES**

I, Sharyn Eles, declare as follows:

1. I am over the age of 18, and statements made in this declaration are based on my personal knowledge and my review of records maintained in the regular course of business by MyLife.com, Inc. ("MyLife"). If called upon as a witness, I could competently testify to the truth of each statement herein.

2. I am the Vice President of Operations at MyLife. As a part of my job responsibilities at MyLife, I am familiar with the services and features that MyLife offers on the MyLife.com website to members of the public and to users who register for a membership with MyLife. I am also familiar with the information that MyLife obtains from users during the registration process and the information that MyLife maintains in the ordinary course of business related to users' accounts with MyLife.

3. MyLife provides services that enable individuals in the United States to: (1) understand and manage what information is available in the public domain about them; and (2) learn more about other individuals based on information in the public domain about those individuals.

4. The MyLife.com website located at mylife.com (the "Website") includes information about individuals that is available in the public domain from a variety of content providers, including social media, property records and court filings.

5. Individuals without a MyLife account have limited access to information on the Website—they can only view a public profile that displays a summary of the publicly available information on the site.

/ / /

6. The "Profile" displays certain demographic information to the extent such information is available in the public domain.

7. Individuals who register as users to MyLife to view more information than what is available on the public profile, such as the ability to download a non-public background report, must first affirmatively agree to MyLife's terms and conditions contained in the MyLife User Agreement. No payment is required to register with MyLife, although payment is required to become a subscriber.

8. MyLife maintains records of visitors to the Website who registered. Our records show that on October 17, 2021 a registration process was completed for James Uharriet of Burlingame, California. An email address of <u>osborn1@gmail.com</u> was provided. A true and correct copy of Mr. Uharriet's account history for the account created with MyLife on October 17, 2021 is attached hereto as **Exhibit 1**.

9. To register as a member on Mylife.com in October 2021, an individual was required to complete a simple online registration form available on the Website. The registration form asked for a user's first and last name, date of birth, zip code and email address, and it required Mr. Uharriet to create a username. A true and correct copy of the registration page as it appeared on the Website in October 2021 is shown below, and also is attached as **Exhibit 2:**

/ / /


/ / /


/ / /



10.     Directly below the button that a user clicks to create an account, the Website states: "By clicking the button above. . . you also agree to MyLife's User Agreement and Privacy Policy." The phrase "User Agreement" appears in contrasting color and is hyperlinked to MyLife's User Agreement. Any visitor on this page has the opportunity to click on these links and review the User Agreement, including the arbitration provision in it, before registering as a MyLife member. By clicking the button to continue and submit a registration form, any user confirms that he, she or they accept the terms and conditions of the User Agreement.

11.     No user can complete the registration process without clicking the "Continue" button.

12.     Attached as **Exhibit 3** is a true and correct copy of the User Agreement that was in effect on October 17, 2021. At Section Seven, the User Agreement states *conspicuously in all bold font*:

> **7.   ARBITRATION: These Terms require that disputes between MyLife and you be resolved by binding arbitration rather than by jury trials or class actions. MyLife.com® and you (such references include our respective subsidiaries, affiliates, predecessors in interest, successors and assigns) agree**

to arbitrate all disputes and claims arising out of or relating to this Agreement between MyLife.com® and you.

\* \* \*

The arbitration shall be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA"), as modified by this Agreement, and shall be administered by the AAA. All issues are for the arbitrator to decide, including the scope of this arbitration clause, but the arbitrator is bound by the terms of this Agreement. A judgment upon the award entered by the arbitrator may be entered in any court having jurisdiction thereof.

\* \* \*

You agree that, by entering into this Agreement, you and MyLife.com® are waiving the right to a trial by jury. The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. You and MyLife.com® agree that YOU AND MYLIFE.COM® MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, and not as a plaintiff or class member in any purported class or representative proceeding. Further, you agree that the arbitrator may not consolidate proceedings or more than one person's claims and may not otherwise preside over any form of a representative or class proceeding, and that if this specific proviso is found to be unenforceable, then the entirety of this arbitration clause shall be null and void.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct, based upon my knowledge, information, and belief. Executed on December 23, 2021.

_____
Sharyn Eles