# Exhibit 1

# Exhibit 1

