# Exhibit 2

# **Exhibit 2**

