# Exhibit 3

MyLife | Connecting Everyone. All in one place.

 (https://www.mylife.com)  HOME (/)   MYLIFE BLOG (/BLOG/)

# User Agreement

MyLife.com ("MyLife") provides the website MyLife.com to you subject to these terms of service ("Terms" or the "Agreement") and subject to MyLife's other policies, including our Privacy Policy, incorporated herein by reference. This Agreement applies to MyLife's mobile applications as well.

I. MYLIFE.COM® REGISTERED MEMBER TERMS OF SERVICE APPLICABLE TO ALL MEMBERS

1. ACCEPTANCE OF TERMS.

You accept these terms by accessing or using MyLife.com in any manner, even if you do not create an account with MyLife. When you complete the Member registration or signing in process, you agree to these Terms. These Terms may be updated from time to time. We will notify you of any significant updates to these Terms. Your continued use of our services signifies your acceptance of the changes. These Terms will always be available to users on this page for you to read. If you do not agree with these Terms, do not click "join now" and do not access, view, download, or otherwise use any MyLife webpage, content, information, or services.

When using free services offered through MyLife.com's third-party service providers, you will be subject to terms posted by these third-party service providers. Registration or signing in for a MyLife.com® signifies your agreement to those additional terms. Also, by opting into third-party offers, you will be subject to terms posted by these third parties. Opting into these offers signifies your agreement to those additional terms.

2. AGE RESTRICTION.

MyLife.com® is not directed to children under the age of 13. MyLife.com® prohibits registration by and will not knowingly collect personally identifiable information from anyone under 13. This requirement will be posted at points of data collection within MyLife.com®, such as registration for services and on searches performed on people under the age of 13.

**Note to Parents.** If you have any concerns about MyLife.com® or its related services, please contact us (/help).

3. ABOUT OUR SERVICES.

3.1 **MyLife.com® Services.** MyLife provides communication tools, search capabilities, profile management, and identity management through MyLife.com's website-based "Service." Some services offered on MyLife.com® are provided free of charge, while others require payment. We reserve the right to change the cost of services, or to charge for other services, at any time.

3.2 **Mobile Applications.** MyLife may offer the Services through applications built using MyLife's platform ("MyLife Applications"). Examples of MyLife Applications include its smart phone applications (MyLife for Android or MyLife for iPhone) and MyLife's interactive plugins distributed on websites across the web. If you use a MyLife Application or interact with a website that has deployed a plugin, you agree that information about you and your use of the Services, including, but not limited to, your device, your mobile carrier, your internet access provider, your physical location, or web pages containing MyLife plugins that load in your browser may be communicated to us. Furthermore, by importing any of your MyLife data through MyLife Applications, you represent that you have authority to share the transferred data with your mobile carrier or other access provider. You aknowledge you are responsible for all charges and necessary permissions related to accessing MyLife through your mobile access provider. By using any downloadable application to enable your use of the Services, you are explicitly confirming your acceptance of the terms of the End User License Agreement associated with the application provided at download or installation, or as may be updated from time to time.

3.3 **Service Limitations.** We will do our best to make your experience with MyLife.com® a pleasurable one, but we cannot always foresee or anticipate technical or other difficulties. These difficulties may result in loss of data, personalization settings, or other service interruptions. For this reason, you agree that MyLife.com's services, including the services of our third-party service providers, are provided "AS IS." MyLife.com® and our third party service providers cannot assume responsibility for the timeliness, deletion, mis-delivery, or failure to store any user data, communications, or personalization settings. In addition, you hereby acknowledge and agree that we obtain our data from third-party sources, which may or may not be completely thorough and accurate and as such you cannot rely on its accuracy or completeness.

3.4 **Service Changes and Discontinuation.** MyLife.com® reserves the right to change or discontinue, temporarily or permanently, the Service at any time without notice. You agree that MyLife.com® will not be liable to you or any third party for any modification or discontinuance of the Service.

## 4. GENERAL TERMS

4.1 **Provide Accurate Information.** You agree to provide true, accurate, current, and complete information about yourself as requested in the MyLife.com® registration forms or any other information as requested for the purposes required to sign into MyLife's services (we call this information "Registration Data"). Accurate records help us create better sites and provide us with opportunities to identify new services or products that may interest you. Please update the Registration Data to keep it current and accurate.

4.2 **Guard Your Password.** You will receive a password and account designation upon completing the registration process. You are responsible for maintaining the confidentiality of your password and account, and you are fully responsible for all activities that occur using your password or account. Please notify MyLife.com® immediately of any unauthorized use of your password or account or any other breach of security. You hereby acknowledge that the information available through MyLife.com® may include personally identifiable information and it is your responsibility to keep all such accessed information confidential and secure.

**4.3 Obey the Law.** You represent and warrant that you will not use the services for illegal purposes or for the transmission of material that is unlawful, harassing, libelous (untrue and damaging to others), invasive of another's privacy, abusive, threatening, or obscene, or that infringes the copyrights (rights of an owner of written material) or other intellectual property of others.

If you believe the content or behavior you are reporting is prohibited in your local jurisdiction, please contact your local authorities so they can better assess the content or behavior for potential violations of local law. If MyLife.com is contacted directly by law enforcement, we can work with them and provide assistance for their investigation. Please direct your law enforcement to our law enforcement guidelines described here (/lawenforcementrequests).

**4.4 Use Email Responsibly.** Some of MyLife.com's websites currently provide its Members with access to email. As a Member, you agree not to use the services to broadcast "junk mail," "spam," "chain letters," or unsolicited mass distribution of files or images. In order to ensure that these communication services are not abused, MyLife.com® may establish general practices and limits concerning their use. These may include but are not necessarily limited to a maximum number of days that messages will be retained by the service, a maximum number of messages that may be sent from or received by an account on the service, a maximum size or length of any message that may be sent from or received by an account on the service, a maximum amount of disk space that will be allotted for your stored messages, and a maximum time period and number of times you may have access to the service in a given time frame. If you receive email that you find harassing, please forward the email to us (http://server.iad.liveperson.net/hc/s-58923351/cmd/kbresource/kb-7304788402049650311/escalate!PAGETYPE) with a description of the situation.

**4.5 Content Restrictions.** MyLife.com® attempts to provide some of the very best content available on the web, and we make it available to you on the web for your personal, noncommercial use. All website design, text, graphics, the selection and arrangement thereof, and all software that are part of MyLife.com® are protected by international copyright laws. The publication, sale, or redistribution in any form or medium of text, photos, graphics, audio, and/or video materials or any other form of proprietary content found on MyLife.com® is strictly prohibited without the prior written permission of MyLife.com®. Content that is publicly available on MyLife.com® may not be stored in a computer, except for personal and noncommercial use.

**4.6 Photos and User-Submitted Content.** We reserve the right to delete any photo posted on the website that we find in violation of our photo guidelines and standards. Photo guidelines and standards include prohibitions against nudity or content that might be deemed offensive, inappropriate, or in violation of copyright rules and restrictions.

Similarly, we also reserve the right to remove any profile content that we find unlawful, harassing, libelous, privacy invading, abusive, threatening, harmful, vulgar, obscene, or otherwise objectionable.

**4.7 Limits On Uses of User Information.** By using MyLife.com® websites, you agree not to data-scrape, copy, aggregate, redistribute, alter, reproduce, or re-use for commercial purposes any user's (whether specific to any particular user or as an aggregation of users' information) information accessible through any websites or networks owned by MyLife.com®. "Commercial purposes" can include but is not limited to selling information to third parties; using the data collected to customize users' experiences at a site or network outside of MyLife.com®; using the data for targeted marketing campaigns not affiliated with MyLife.com®; or using the data to offer services to MyLife.com® users. MyLife.com® reserves the right to take immediate action against any individual or entity participating in any of the prohibited actions mentioned above.

**4.8 Service Limitations.** You hereby agree to accept all information "AS IS" and acknowledge that MyLife obtains data from third-party sources, which may or may not be completely thorough and accurate, and that you shall not rely on MyLife for the accuracy or completeness of information supplied through MyLife. You understand that restrictions may be placed on accessing certain

portions of the website which might otherwise be available. MyLife reserves the right to add materials and features to, and to discontinue offering any of the materials and features that are currently a part of, MyLife.com®. You agree to provide at your own cost all equipment, sofrware, mobile access, and internet access necessary to use the Services.

## 5. RIGHTS YOU GRANT TO MYLIFE.COM®

5.1 **Distributing Content You Produce.** Subject to MyLife.com's Privacy Policy (../privacy-policy) you are licensing to MyLife.com® and our third-party service providers any "content" you provide through or to MyLife.com® and the service they offer. MyLife.com® may modify, display, distribute and create new material using such content on MyLife.com® for the promotion and marketing of our services and the operation of our system. Notwithstanding this license, MyLife.com® will take reasonable precautions to help you to keep your email. By submitting content, you automatically agree, or promise, that the owner of such content has expressly agreed that, without any particular time limit, and without the payment of any fees, MyLife.com® and anyone they permit may reproduce, display, distribute, and create new works of authorship based on and including the content and you grant to MyLife a nonexclusive, irrevocable, worldwide, perpetual, unlimited, assignable, sublicensable, fully paid up and royalty-free right to such content. You may not submit materials that have been trademarked or copyrighted by anyone other than yourself.

We may engage third parties to perform analysis or data processing of our databases that involves access to this information in order to better provide you with the services for which you joined (in which case we will take measures to ensure that such parties are contractually required to keep the information confidential and not to use it other than in a manner that is necessary to perform their work for MyLife.com®).

5.2 **MyLife.com® Advertising.** MyLife.com® relies on advertisers to help fund the services that we offer to our Members. You agree that MyLife.com® may display advertisements and promotions of all kinds in and with the services.

5.3 **Account Access.** In order to ensure that MyLife.com® is able to provide high-quality services that are responsive to Members' needs, you agree that MyLife.com® employees have access to your account and records as reasonably needed to investigate complaints.

5.4 **Merger or Acquisition.** In order to ensure a smooth transition of services relative to your subscription, in the event of a merger, acquisition, reorganization, sale of all or substantially all of its assets, or the sale of an individual website owned by MyLife.com®, MyLife.com® may transfer your Personally Identifiable Information to a third party as a part of such merger, acquisition, reorganization, or sale.

## 6. OTHER LEGAL ISSUES

6.1 **Disclaimer of Warranties.** You expressly understand and agree to the following:

MyLife.com® makes no warranty that (i) the Service will meet your requirements, (ii) the Service will be uninterrupted, timely, secure, or error-free, (iii) the results that may be obtained from the use of the service will be accurate or reliable, (iv) the quality of any products, services, information, or other material purchased or obtained by you through the service will meet your expectations, (v) that your email or voicemail messages will not be lost, and (vi) any errors in the software will be corrected.

Any material downloaded or otherwise obtained through the use of the Service is done at your own discretion and risk, and you will be solely responsible for any potential damage to your computer system or loss of data that results from the download of any such material. No advice or information, whether oral or written, obtained by you from MyLife.com®, our third-party service providers, or through or from the Service will create any warranty not expressly stated in the terms.

MyLife does not have any obligation to verify the identity of the persons subscribing to its Services, nor does it have any obligation to monitor the use of its Services by other users; therefore, MyLife disclaims all liability for identity theft or any other miuse of your identity or information by others.

Some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion of liability for incidental or consequential damages. Accordingly, some of the above limitations may not apply to you.

To the extent that any part of this section is not consistent with any other part of these terms, then this Disclaimer of Warranties will override it.

6.2 **No Endorsement of Member Content.** You acknowledge and agree that MyLife.com® does not endorse the content of any Member and is not responsible or liable for any content, even though it could be unlawful, harassing, libelous, privacy invading, abusive, threatening, harmful, vulgar, obscene, or otherwise objectionable, or that it infringes or may infringe the intellectual property or other rights of another. You acknowledge that MyLife.com® does not pre-screen all content, but that MyLife.com® and their designees will have the right (but not the obligation) in their sole discretion to refuse, edit, move, or remove any content that is publicly available via the service.

6.3 **Limitation of Liability.** You agree that MyLife.com®, nor its subsidiaries and affiliates, nor any third party data provider (for purposes of indemnification, warranties, and limitations on liability, MyLife, our subsidiaries and affiliates, and our third party data providers are hereby collectively referred to as "MyLife Parties") will not be liable for any harms, which lawyers and courts often call direct, indirect, incidental, special, consequential, or exemplary damages, including but not limited to damages for loss of profits, goodwill, use, data, or other intangible losses (even if MyLife.com® has been advised of the possibility of such damages), resulting from: (i) The use or the inability to use the Service; (ii) The ineffective operation of any of any of the services offered; (iii) The cost of getting substitute goods and services resulting from any products, data, information, or services purchased or obtained or messages received or transactions entered into through or from the service; (iv) Unauthorized access to or alteration of your transmissions or data; (v) Statements or conduct of anyone on the service; (vi) For any loss or injury arising out of or caused in whole or in part by MyLife Parties acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering our services; and (vii) Any other matter relating to the service.

6.4 **Indemnification.** You agree to protect, indemnify and fully compensate the MyLife Parties from any and all third-party claims, liability, damages, expenses, and costs (including, but not limited to, reasonable attorneys fees) arising from (1) your failure to comply with this Agreement, including, without limitation, your submission of content that violates third party rights or applicable laws, (2) any content you submit to the Services, (3) any activity in which you engage on or through MyLife and (4) your infringement, or infringement by any other user of your account, of any intellectual property or other right of anyone; and (5) any other harm or loss caused by MyLife as a result of your use of the Services.

6.5 **Miscellaneous.** MyLife.com® provides information of a general nature and is designed for informational and entertainment purposes only and is not meant to be a substitute for medical, health, legal, or financial advice from a professional. Consult with your professional for any specific medical, health, legal, or financial concern. MyLife.com® does not endorse any of the treatments, medications, or products discussed herein.

MyLife.com's rights under this Agreement may not be waived unless MyLife.com® agrees to such change in writing. This Agreement is personal to you, and you may assign this agreement only with MyLife.com's prior written approval. Any other attempt to assign, transfer, or delegate this Agreement shall be null and void.

6.6 **Choice of Law.** This Agreement and all matters relating to your access to, or use of, the Service shall be governed by U.S. federal law or the laws of the State of California, excluding that body of laws known as conflicts of laws. If any provision of this Agreement is invalid or unenforceable under applicable law, it is, to that extent, deemed omitted, and the remaining provisions will continue in full force and effect. Any notices related to this agreement need to be given in writing to one another at our address below, or any new address that is given in such a notice. This agreement is the entire understanding between you and MyLife.com® about the services.

All of MyLife's rights and obligations under this Agreement are freely assignable by MyLife in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise.

6.7 **Entire Agreement.** These Terms make up the entire agreement between you and MyLife and supersedes any other agreements.

6.8 **No Waiver.** If MyLife fails to enforce any of these Terms, it will not be considered a waiver of these or any of the Terms.


7. ARBITRATION:

**These Terms require that disputes between MyLife and you be resolved by binding arbitration rather than by jury trials or class actions. MyLife.com® and you (such references include our respective subsidiaries, affiliates, predecessors in interest, successors and assigns) agree to arbitrate all disputes and claims arising out of or relating to this Agreement between MyLife.com® and you.**

A party who intends to seek arbitration must first send written notice to MyLife's Customer Care Center (https://mylifeue.wufoo.com/forms/mylife-arbitration-form/) of its intent to arbitrate ("Notice"). The Notice to MyLife should be sent by any of the following means: (a) electronic message (https://mylifeue.wufoo.com/forms/mylife-arbitration-form/) and completing the form; (b) electronic mail to arbitration@mylife.com (mailto:arbitration@mylife.com); or (c) sending the Notice by U.S. Postal Service certified mail to MyLife.com®, Attn: Customer Relations, 907 Westwood Blvd., Suite 359, Los Angeles, CA 90024. The Notice must also describe the nature and basis of the claim or dispute; and set forth the specific relief sought. If we do not reach an agreement to resolve the claim within thirty (30) days after the Notice is received, you or MyLife may commence an arbitration proceeding.

The arbitration shall be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA"), as modified by this Agreement, and shall be administered by the AAA. All issues are for the arbitrator to decide, including the scope of this arbitration clause, but the arbitrator is bound by the terms of this Agreement. A judgment upon the award entered by the arbitrator may be entered in any court having jurisdiction thereof.

Except as otherwise provided for herein, MyLife.com® will pay all AAA filing, administration and arbitrator fees. If, however, the arbitrator finds that either the substance of your claim or the relief sought is improper or not warranted, as measured by the standards set forth in Federal Rule of Civil Procedure 11(b), then the payment of all such fees shall be governed by the

AAA Rules. In such case, you agree to reimburse MyLife.com® for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. If the arbitrator grants relief to you that is equal to or greater than the value of your Demand, MyLife.com® shall reimburse you for your reasonable attorneys' fees and expenses incurred for the arbitration.

You agree that, by entering into this Agreement, you and MyLife.com® are waiving the right to a trial by jury.

The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. You and MyLife.com® agree that YOU AND MYLIFE.COM® MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, and not as a plaintiff or class member in any purported class or representative proceeding. Further, you agree that the arbitrator may not consolidate proceedings or more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding, and that if this specific proviso is found to be unenforceable, then the entirety of this arbitration clause shall be null and void.

## II. SUBSCRIPTION (ALSO KNOWN AS PREMIUM MEMBERSHIP) TERMS OF SERVICE

IN ADDITION TO THE ABOVE TERMS, IF YOU SUBSCRIBE TO MYLIFE'S PREMIUM SERVICE(S), YOU ALSO AGREE TO THIS SUBSCRIPTION AGREEMENT ("AGREEMENT") AS A LEGAL AND BINDING AGREEMENT BETWEEN YOU ("SUBSCRIBER," "YOU," "YOUR," OR "YOURSELF") AS THE END USER, AND MYLIFE.COM®, Inc. ("OUR," "US," OR "WE"). PLEASE READ THIS AGREEMENT CAREFULLY PRIOR TO USING MYLIFE.COM's PREMIUM SERVICE (THE "SERVICES"). BY REGISTERING FOR THE SERVICES, YOU ARE CONSENTING TO BECOME A PARTY TO THIS AGREEMENT AND AGREEING TO BE BOUND BY THE TERMS AND CONDITIONS HEREIN. IF YOU DO NOT ACCEPT AND AGREE TO ALL THE TERMS AND CONDITIONS OF THIS AGREEMENT, PLEASE DISCONTINUE THE REGISTRATION PROCESS.

### 1. PAYMENT OBLIGATION AND CREDIT CARD AUTHORIZATION

The Subscriber is responsible for paying periodic subscription fees as agreed at the time of enrollment. All listed fees are in U.S. dollars.

Subscriber hereby authorizes MyLife.com® to charge the Subscriber's credit card (or other approved facility) provided to pay for the ongoing cost of subscription. Payment for the appropriate services will be made by automatic debit to the Subscriber's credit card (or other approved facility).

Subscribers will be **automatically renewed** for a term equal to the original term upon expiration of the then-current term at a price equal to the current regular, nonpromotional price, and continually thereafter, unless the Subscriber terminates the subscription online in advance of the renewal date pursuant to the process set forth below. Subscriber acknowledges and agrees that the authorization to charge Subscriber's credit card for services shall automatically transfer to any successors or assigns of Service for substantially similar services at the same website. Subscriber may not assign or transfer his or her subscription to any other person or entity. You must be at least 18 years old (or have the permission of a credit card holder who is) to order subscriptions online.

Payment must be made by a major credit card accepted by MyLife.com® (currently American Express, VISA, MasterCard, and Discover), check, money order, or PayPal. Cash will not be accepted. The billing period ends each month on the anniversary of your activation date ("Billing Date"). If MyLife.com® does not receive payment from the credit card issuer or its agent, you agree to pay all amounts due upon demand by MyLife.com®. Your card issuer agreement governs your use of your designated card in

connection with the Service, and you must refer to that agreement and not this Agreement to determine your rights and liabilities as a cardholder. YOU, AND NOT MYLIFE.COM®, ARE RESPONSIBLE FOR PAYING ANY AMOUNTS BILLED TO YOUR CREDIT CARD BY A THIRD PARTY THAT WERE NOT AUTHORIZED BY YOU.

MYLIFE.COM® RESERVES THE RIGHT, AT ANY TIME, TO CHANGE ITS FEES AND BILLING METHODS, INCLUDING THE ADDITION OF SUPPLEMENTAL FEES OR SEPARATE CHARGES FOR CONTENT, OR SERVICES PROVIDED BY MyLife.com®. MyLife.com® MAY ADDITIONALLY PROVIDE NOTICE OF BILLING CHANGES VIA EMAIL.

## 2. CANCELLATION/TERMINATION

You may terminate your membership at any time. When you terminate your membership, your account will not be automatically renewed and your access will be terminated on the expiration date. Refunds are made at MyLife.com's sole discretion. You acknowledge that MyLife.com®, in its sole discretion, may terminate your ID, password, account (or any part thereof), or use of the Service for any reason or no reason, including, without explanation or limitation, if MyLife.com® believes that you have violated or acted inconsistently with the letter or spirit of the Agreement or MyLife.com's User Agreement. MyLife.com® may also in its sole discretion and at any time discontinue providing the Service, or any part thereof, with or without notice. You agree that any termination of your access to the Service under any provision of this Agreement may be effected without prior notice, and acknowledge and agree that MyLife.com® may immediately deactivate or delete your account and/or bar any further access to the Service. Further, you agree that MyLife.com® shall not be liable to you or any third party for any termination of your access to the Service. In the event that we discontinue a material portion of the materials and features that you regularly use in the ordinary course of its business, we will terminate your account at your request.

## 3. PROFILE REMOVER

**3.1 Privacy Advocate** By subscribing to MyLife's online privacy related services, Profile Remover services ("Profile Remover Services"), you authorize MyLife to be your privacy advocate ("Privacy Advocate"). The Profile Remover Services' description can be accessed at . As your Privacy Advocate, you authorize MyLife to use the information you have provided to MyLife, including personally identifying information, to search the internet, using any tools available and to find and manage the removal of your personal information from the internet. In addition, you authorize MyLife to contact third parties, including creators and aggregators of personal information, hosts of personal information, and other parties who might have control or authority over such content. You authorize MyLife to take such action on your behalf and to identify MyLife as acting on your behalf. You recognize that such contact and techniques may have unpredictable side effects, including but not limited to negative responses from others. You agree to provide the information required for the Profile Remover Services and understand that, in most cases, the higher the quality of information provided by you, the better the results you will experience.

**3.1 Disclaimer of Profile Remover** MyLife does not represent, warrant or guarantee that its Profile Remover Services will achieve the result that you desire or that were proposed or agreed upon as the desired result at the time the Services were purchased or otherwise. MyLife does not guarantee or warrant that we will be successful in effecting removal, suppression or alteration, if such service is to be performed, of any Internet content about you, the Named Party or Named Parties designated as private and/or unwelcome content. THE SERVICES ARE PROVIDED "AS IS" AND WE SPECIFICALLY DISCLAIM, ON OUR OWN BEHALF AND ON BEHALF OF OUR THIRD-PARTY SUPPLIERS, ANY AND ALL WARRANTIES OF ANY KIND WITH RESPECT TO THE

SUBJECT MATTER OF THIS AGREEMENT, WHETHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING WITHOUT LIMITATION WARRANTIES OF QUALITY, PERFORMANCE, NON-INFRINGEMENT, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. WE DO NOT WARRANT THAT THE SERVICES WILL MEET YOUR NEEDS OR BE FREE FROM ERRORS, OR THAT THE OPERATION OF THE SERVICES WILL BE UNINTERRUPTED. THE FOREGOING EXCLUSIONS AND DISCLAIMERS ARE AN ESSENTIAL PART OF THIS AGREEMENT AND FORMED THE BASIS FOR DETERMINING THE PRICE CHARGED FOR THE SERVICES. SOME STATES DO NOT ALLOW EXCLUSION OF AN IMPLIED WARRANTY, SO THIS DISCLAIMER MAY NOT APPLY TO YOU.

**3.3 Removing Your Own Profile** You can have your Reputation Profile removed after providing identity verification. We do not honor third party removal requests. The owner of the profile has to directly request removal through Mylife. To begin that process, you must be a registered member and logged in. [Click here (/site/dashboard.view)](/site/dashboard.view) to begin.

## 4. TRIAL MEMBERSHIPS

MyLife.com® occasionally offers promotional trial memberships to its Premium Services at special discounted prices. Subscribers who sign up for such trial memberships will be automatically renewed at the posted subscription rate at the end of the trial period, unless the Subscriber cancels before the end of the trial.

## 5. SUBSCRIBER INFORMATION

You agree to provide true, accurate, current, and complete information about yourself as prompted by the Service registration or signing in process. Once you subscribe to the Service, you shall receive a password and an account. You are solely and entirely responsible for maintaining the confidentiality of your password. Furthermore, you are solely and entirely responsible for any and all activities that occur under your account. Subscriber must promptly inform MyLife.com® of any of the following: changes in the expiration date of any credit card used in connection with the service; changes in home or billing address; and apparent breaches of security, such as loss, theft, or unauthorized disclosure or use of an ID or password. Until MyLife.com® is notified by email of a breach in security, the Subscriber will remain liable for any unauthorized use of Premium Services.

## 6. ACCESS

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the Service. Access to and use of Premium Services is through a combination of an ID and a password. Each Subscriber must keep his or her password strictly confidential. MyLife.com® will not release passwords for any reason, except as may be specifically required by law or court order. Unauthorized access to Premium Service is a breach of this Agreement and a violation of law.

## 7. WARRANTY

No warranty is made by MyLife.com® regarding any information, services, or products provided through or in connection with premium services, and MyLife.com® hereby expressly disclaims any and all warranties, including without limitation: any warranties as to the availability, accuracy, or content of information, products, or services; or any warranties of merchantability or

fitness for a particular purpose. Some states/provinces do not allow the exclusion of implied warranties, so the above exclusion may not apply to you.

The subscriber hereby warrants and represents that he or she is in all respects qualified and competent to enter into this agreement.

## 8. LIMITATIONS OF LIABILITY

YOU HEREBY AGREE THAT WE WILL NOT BE LIABLE FOR INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES OR ANY LOSS OF REVENUE, PROFITS, OR DATA ARISING IN CONNECTION WITH THIS AGREEMENT OR THE SERVICE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, OUR AGGREGATE LIABILITY ARISING WITH RESPECT TO THIS AGREEMENT AND THE SERVICE WILL NOT EXCEED THE TOTAL FEES PAID BY YOU UNDER THIS AGREEMENT.

## 9. USE RESTRICTION

The material on MyLife.com® websites is for the private, noncommercial enjoyment of Members only. Any other use is strictly prohibited. MyLife.com® spends a great deal of time and money to obtain the information appearing on its websites. Subscribers agree that they will not copy, publish, or in any way make available publicly any news, pictures, interviews, features, or any other information from MyLife.com® websites, without express written permission from MyLife.com®. Subscribers agree that, should they do so, MyLife.com® reserves the right to cancel their subscription immediately without refund. Additionally, re-use of copyrighted information (pictures, interviews, features, videos, audio, etc.) will be prosecuted to the fullest extent of the law.

## 10. MODIFICATIONS

This agreement is subject to change by MyLife.com® at any time. We may modify any of the terms and conditions contained in this Agreement at any time in our sole discretion. The updates and all changes will be posted at mylife.com/user-agreement. If any modification is unacceptable to you, you agree that your only recourse is to terminate this Agreement. Your continued use of the Service following our posting of a change notice or new agreement on MyLife.com® will constitute your binding acceptance of the change.

## 11. NOTICES

Notices by MyLife.com® to Subscribers may be given by means of electronic messages or by a general posting on the service.

## 12. FAQ

For answers to questions about MyLife.com® or your MyLife.com® Premium Services subscription, please visit our Customer Care center (/help). All questions that can't be answered by the Customer Care center should be sent by means of electronic message (mailto:support@mylife.com).

## 13. THIRD PARTY BENEFICIARIES

You agree and acknowledge that if the MyLife Parties determine or reasonably suspect that you are reselling or brokering MyLife.com® information, programs, computer applications, or data, or are otherwise violating any provision of this Agreement, or any of the laws, regulations, or rules described herein, the MyLife Parties may take immediate action, including without limitation, legal action, terminating the delivery of, and the license to use, the MyLife services. You expressly acknowledge that MyLife's third party data providers shall be third party beneficiaries of this Agreement and shall have all rights to enforce the terms and conditions of this Agreement.

## 14. ACCESS FROM FOREIGN TERRITORIES

You agree that you will not access your subscription from Internet Protocol addresses located outside of the United States and its territories except those listed here:
Afghanistan, Algeria, Australia, Austria, Belgium, Canada, Colombia, Costa Rica, Denmark, Djibout, Dominica, Dominican Republic, Ecuador, Egypt, Eritrea, Europe, Finland, France, Germany, Greece, Guam, Guatemala, Vatican City State, Iceland, Iraq, Ireland, Israel, Italy, Japan, Latvia, Mexico, Netherlands, New Zealand, Nigeria, Norway, Peru, Portugal, Puerto Rico, Romania, Spain, Swaziland, Sweden, Switzerland, Syrian Arab Republic, Thailand, United Kingdom, United States, Virgin Islands, British, Virgin Islands, U.S.

## 15. RIGHT TO INVESTIGATE

You understand and agree that MyLife reserves the right to investigate any improper use of the website that we reasonably suspect to be in violation of the terms set forth in this agreement.

## 16. THE AGREEMENT

This Agreement is governed by the laws of the State of California, U.S.A., without regard to its conflicts of law provisions. Use of the Service is unauthorized in any jurisdiction that does not give effect to all provisions of these terms and conditions, including without limitation this Section.
You shall not use the Service in any manner contrary to local, state, or federal law. For example, because MyLife is not a "Consumer Reporting Agency" as that term is defined in the federal Fair Credit Reporting Act (15 U.S.C. 1681, et seq.), information provided on the website do not constitute Consumer Reports. Accordingly, information found on the website may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another purpose in connection with which a consumer report may be used under the Fair Credit Reporting Act. You hereby certify that you will not use any of the information you receive through your subscription to determine, in whole or in part an individual's eligibility for any of the following products, services or transactions: (1) credit or insurance to be used primarily for personal, family or household purposes; (2) employment purposes; (3) a license or other benefit granted by a government agency; or (4) any other product, service or transaction in connection with which a consumer report may be used under the Fair Credit Reporting Act or any similar state statute, including without limitation apartment rental, check-cashing, or the opening of a deposit or transaction account. MyLife.com® expressly disclaims any and all responsibility or liability for any action by you that is contrary to such law(s) and

reserves the right to terminate your Service immediately upon notice for your failure to comply with any such local, state, or federal law. Our performance of this Agreement is subject to existing laws and legal process, and nothing contained in this Agreement is in derogation of our right to comply with governmental, court, and law enforcement requests or requirements relating to your use of the Service or information provided to or gathered by us with respect to such use. If any part of this Agreement is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the Agreement shall continue in effect. This Agreement constitutes the entire agreement between you and us with respect to the Service and it supersedes all prior or contemporaneous communications and proposals, whether electronic, oral, or written, between you and us with respect to the Service. A printed version of this Agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

## 17. ARBITRATION:

The mandatory arbitration provision applies to the Subscription Terms of Service as well.

## 18. THE PARTIES HAVE AGREED THAT THIS AGREEMENT SHALL BE WRITTEN IN ENGLISH.

Last Updated: July 31, 2017

**Direct Questions or Notices to:**
MyLife.com, Inc
907 Westwood Blvd. #359
Los Angeles, CA 90024-2905
Or contact MyLife.com® online (/help)