# Exhibit 5

Query   Reports   Utilities   Help   Log Out

ADRMOP,APPEAL,STAYED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:20-cv-09203-EMC

Callahan, et al v. PeopleConnect Inc. et al  
Assigned to: Judge Edward M. Chen  
Case in other court:  U.S. Supreme Court, 21-00885  
               USCA#:21-16040  
Cause: 28:1331 Fed. Question

Date Filed: 12/18/2020  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Ms. Meredith Callahan**     represented by  **Michael Francis Ram**  
Morgan & Morgan  
Complex Litigation Group  
711 Van Ness Avenue, Suite 500  
San Francisco, CA 94102  
(415) 358-6913  
Fax: (415) 358-6923  
Email: mram@forthepeople.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Benjamin Ross Osborn**  
Law Office of Benjamin R. Osborn  
102 Bergen Street, Apt. 4  
Brooklyn, NY 11201  
(347) 645-0464  
Email: ben@benosbornlaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Marie Noel Appel**  
Morgan & Morgan  
Complex Litigation Group  
711 Van Ness Avenue, Suite 500  
San Francisco, CA 94102  
(415) 358-6913  
Fax: (415) 358-6923  
Email: mappel@forthepeople.com  
*ATTORNEY TO BE NOTICED*

**Raina Challeen Borrelli**  
Turke & Strauss LLP  
613 Williamson St., Suite 201  
Madison, WI 53703  
(608) 237-1775  
Fax: (608) 509-4423

Email: raina@turkestrauss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Joseph Strauss**
Turke and Strauss LLP
613 Williamson Street, #201
Madison, WI 53703
(608) 237-1775
Fax: (608) 509-4423
Email: sam@turkestrauss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Lawrence Geoffrey Abraham** *on behalf of themselves and all others similarly situated* | represented by | **Michael Francis Ram** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Benjamin Ross Osborn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marie Noel Appel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raina Challeen Borrelli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Joseph Strauss**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

| | | |
|---|---|---|
| **PeopleConnect, Inc.** *a Delaware Corporation* | represented by | **Kate Tainsky Spelman** Jenner and Block LLP 515 S. Flower Street Suite 3300 Los Angeles, CA 90071-2246 (213) 239-5100 Fax: (213) 239-5199 Email: kspelman@jenner.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

        **Debbie L. Berman**
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2764
Email: dberman@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wade A Thomson**
Jenner and Block LLP
353 N. Clark Street
Chicago, IL 60654
312-840-8613
Email: WThomson@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**PeopleConnect Inc.**
*a California Corporation*
*TERMINATED: 03/22/2021*

represented by **Kate Tainsky Spelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Classmates Media Corporation**
*a Delaware Corporation*
*TERMINATED: 03/22/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2020 | 1 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 1/4/2021. (bwS, COURT STAFF) (Filed on 12/18/2020) (Entered: 12/18/2020) |
| 12/18/2020 | 2 | CLASS ACTION COMPLAINT FOR VIOLATION OF CAL. CIV. CODE § 3344, AND CAL. BUS. & PROF. CODE § 17200, INTRUSION UPON SECLUSION, UNJUST ENRICHMENT; JURY TRIAL DEMANDED against PeopleConnect Inc a California Corporation, PeopleConnect Inc, a Delaware Corporation, (Filing Fee: $402.00, receipt number 0971-15340356). Filed by Meredith Callahan, Lawrence Geoffrey Abraham. (Attachments: # 1 Civil Cover Sheet)(Ram, Michael) (Filed on 12/18/2020) Modified on 12/21/2020 (tnS, COURT STAFF). (Entered: 12/18/2020) |
| 12/21/2020 | 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Joint Case** |

| | | |
|---|---|---|
| | | Management Statement due by 3/15/2021. Initial Case Management Conference set for 3/22/2021 at 1:30 PM in San Francisco, Courtroom C, 15th Floor. (tnS, COURT STAFF) (Filed on 12/21/2020) (Entered: 12/21/2020) |
| 12/30/2020 | [4](#) | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Lawrence Geoffrey Abraham, Meredith Callahan.. (Ram, Michael) (Filed on 12/30/2020) (Entered: 12/30/2020) |
| 12/30/2020 | 5 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (mklS, COURT STAFF) (Filed on 12/30/2020) (Entered: 12/30/2020) |
| 12/31/2020 | [6](#) | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Edward M. Chen for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 12/31/2020. (Attachments: # [1](#)** Notice of Eligibility for Video Recording)(mbcS, COURT STAFF) (Filed on 12/31/2020) (Entered: 12/31/2020) |
| 12/31/2020 | [8](#) | **CASE MANAGEMENT CONFERENCE ORDER IN REASSIGNED CASE: Initial Case Management Conference set for 4/22/2021 09:30 AM in San Francisco, - Videoconference Only. Joint Case Management Statement due by 4/15/2021.Signed by Judge Edward M. Chen on 12/31/2020.** (afmS, COURT STAFF) (Filed on 12/31/2020) (Entered: 01/02/2021) |
| 01/01/2021 | [7](#) | MOTION for leave to appear in Pro Hac Vice, (Filing Fee: $317.00, receipt number 0971-15389205) filed by Lawrence Geoffrey Abraham, Meredith Callahan. (Osborn, Benjamin) (Filed on 1/1/2021) (Entered: 01/01/2021) |
| 01/04/2021 | [9](#) | **ORDER by Judge Edward M. Chen granting [7](#) Motion for Pro Hac Vice.** (afmS, COURT STAFF) (Filed on 1/4/2021) (Entered: 01/04/2021) |
| 01/14/2021 | [10](#) | Proposed Summons. (Ram, Michael) (Filed on 1/14/2021) (Entered: 01/14/2021) |
| 01/14/2021 | [11](#) | Proposed Summons. (Ram, Michael) (Filed on 1/14/2021) (Entered: 01/14/2021) |
| 01/14/2021 | [12](#) | Proposed Summons. (Ram, Michael) (Filed on 1/14/2021) (Entered: 01/14/2021) |
| 01/14/2021 | [13](#) | Application for Refund, Receipt Number 0971-15340356 by Meredith Callahan. (Ram, Michael) (Filed on 1/14/2021) (Entered: 01/14/2021) |
| 01/15/2021 | [14](#) | Summons Issued as to Defendants Classmates Media Corporation, PeopleConnect Inc., PeopleConnect, Inc.. (tnS, COURT STAFF) (Filed on 1/15/2021) (Entered: 01/15/2021) |
| 01/20/2021 | [15](#) | Refund Status re [13](#) Application for Refund Declined. (rghS, COURT STAFF) (Filed on 1/20/2021) (Entered: 01/20/2021) |
| 01/21/2021 | [16](#) | WAIVER OF SERVICE Returned Executed filed by Meredith Callahan. Service waived |

| | | |
|---|---|---|
| | | by PeopleConnect, Inc. waiver sent on 1/18/2021, answer due 3/19/2021. (Ram, Michael) (Filed on 1/21/2021) (Entered: 01/21/2021) |
| 01/22/2021 | 17 | Application for Refund, Receipt Number 0971-15340356 by Meredith Callahan. (Ram, Michael) (Filed on 1/22/2021) (Entered: 01/22/2021) |
| 01/29/2021 | 18 | NOTICE of Appearance by Kate Tainsky Spelman (Spelman, Kate) (Filed on 1/29/2021) (Entered: 01/29/2021) |
| 02/01/2021 | 19 | MOTION for leave to appear in Pro Hac Vice, (Filing Fee: $317.00, receipt number 0971-15519017) filed by PeopleConnect, Inc.. (Berman, Debbie) (Filed on 2/1/2021) (Entered: 02/01/2021) |
| 02/01/2021 | 20 | MOTION for leave to appear in Pro Hac Vice, (Filing Fee: $317.00, receipt number 0971-15519831) filed by PeopleConnect, Inc.. (Thomson, Wade) (Filed on 2/1/2021) (Entered: 02/01/2021) |
| 02/01/2021 | 21 | **ORDER by Judge Edward M. Chen granting 19 Motion for Pro Hac Vice. (afmS, COURT STAFF) (Filed on 2/1/2021) (Entered: 02/01/2021)** |
| 02/01/2021 | 22 | **ORDER by Judge Edward M. Chen granting 20 Motion for Pro Hac Vice. (afmS, COURT STAFF) (Filed on 2/1/2021) (Entered: 02/01/2021)** |
| 02/02/2021 | 23 | Refund Status re 17 Application for Refund Approved. (rghS, COURT STAFF) (Filed on 2/2/2021) (Entered: 02/02/2021) |
| 03/19/2021 | 24 | NOTICE of Voluntary Dismissal *Without Prejudice as to Defendants,PeopleConnect Inc, a California Corporation and Classmates Media Corporation, only* by Lawrence Geoffrey Abraham, Meredith Callahan (Ram, Michael) (Filed on 3/19/2021) (Entered: 03/19/2021) |
| 03/19/2021 | 25 | *Defendant PeopleConnect, Inc.'s Corporate Disclosure Statement and Certification of Interested Entities or Persons* filed by PeopleConnect, Inc. (Spelman, Kate) (Filed on 3/19/2021) (Entered: 03/19/2021) |
| 03/19/2021 | 26 | *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support* filed by PeopleConnect, Inc.. Motion Hearing set for 4/29/2021 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 4/2/2021. Replies due by 4/9/2021. (Attachments: #(1) [Proposed] Order)(Spelman, Kate) (Filed on 3/19/2021) (Entered: 03/19/2021) |
| 03/19/2021 | 27 | Declaration of Tara McGuane in Support of 26 *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support* filed by PeopleConnect, Inc.. (Related document(s) 26 ) (Spelman, Kate) (Filed on 3/19/2021) (Entered: 03/19/2021) |
| 03/19/2021 | 28 | *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support - Defendant's Notice of Motion and Motion to Stay Discovery Pending Resolution of PeopleConnect, Inc.'s Motion to Dismiss* filed by PeopleConnect, Inc.. Motion Hearing set for 4/29/2021 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 4/2/2021. Replies due by 4/9/2021. (Attachments: #(1) [Proposed] Order)(Spelman, Kate) (Filed on 3/19/2021) (Entered: 03/19/2021) |
| 03/22/2021 | 29 | **ORDER granting 24 Notice of Voluntary Dismissal filed by Meredith Callahan, Lawrence Geoffrey Abraham. Classmates Media Corporation (a Delaware Corporation) and PeopleConnect Inc. (a California Corporation) terminated. Signed** |

| | | |
|---|---|---|
| | | by Judge Edward M. Chen on 3/19/2021. (afmS, COURT STAFF) (Filed on 3/22/2021) (Entered: 03/22/2021) |
| 03/30/2021 | 30 | JOINT STIPULATION AND [PROPOSED] ORDER *to Extend Deadline for Plaintiffs' Response to Motion to Dismiss and Continue Case Management Conference* filed by PeopleConnect, Inc.. (Attachments: # 1 Declaration of Wade A. Thomson)(Spelman, Kate) (Filed on 3/30/2021) (Entered: 03/30/2021) |
| 03/30/2021 | 31 | **ORDER AS MODIFIED GRANTING 30 JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS RESPONSE TO MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE. Initial Case Management Conference vacated, to be reset subsequent to disposition of Motion to Dismiss. Hearing re: Motions to Dismiss 26 28 set for 4/29/2021 is vacated and rescheduled for 5/13/2021 at 1:30PM. Opposition due 4/16/2021; reply due 4/23/2021. Signed by Judge Edward M. Chen on 3/30/2021.(afmS, COURT STAFF) (Filed on 3/30/2021) (Entered: 03/30/2021)** |
| 03/30/2021 | | Set/Reset Deadlines as to 26 MOTION to Dismiss MOTION to Strike */ Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support*, 28 MOTION to Stay re 26 MOTION to Dismiss MOTION to Strike */ Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and.* Responses due by 4/16/2021. Replies due by 4/23/2021. Motion Hearing set for 5/13/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. (afmS, COURT STAFF) (Filed on 3/30/2021) (Entered: 03/30/2021) |
| 04/16/2021 | 32 | OPPOSITION/RESPONSE to (re 26 *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support*) filed by Lawrence Geoffrey Abraham, Meredith Callahan. (Ram, Michael) (Filed on 4/16/2021) (Entered: 04/16/2021) |
| 04/16/2021 | 33 | OPPOSITION/RESPONSE (re 28 MOTION to Stay, re 26 MOTION to Dismiss, MOTION to Strike - *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16*) filed by Lawrence Geoffrey Abraham, Meredith Callahan. (Ram, Michael) (Filed on 4/16/2021) (Entered: 04/16/2021) |
| 04/21/2021 | 34 | **CLERK'S NOTICE. 26 Defendant's motion to dismiss and strike and 28 Defendant's motion to stay discovery are currently set for hearing on 5/13/2021. The Court hereby notifies the parties that it intends to sequence the issues raised in the motions. Specifically, at the hearing on 5/13/2021, the Court shall consider only the issue of whether the case should be compelled to arbitration. The Court shall address the remaining issues after it resolves the arbitration issue. Briefing on the motions, however, should continue to address all issues.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (afmS, COURT STAFF) (Filed on 4/21/2021) (Entered: 04/21/2021) |
| 04/23/2021 | 35 | REPLY (re 26 *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support*) filed by PeopleConnect, Inc.. (Spelman, Kate) (Filed on 4/23/2021) (Entered: 04/23/2021) |
| 04/23/2021 | 36 | REPLY (re 28 MOTION to Stay re 26 *Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and*) filed by PeopleConnect, Inc.. (Spelman, Kate) (Filed on 4/23/2021) (Entered: 04/23/2021) |

| | | |
|---|---|---|
| 04/30/2021 | 37 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *In Opposition to Defendant's Motion to Compel Arbitration* filed byMeredith Callahan. (Attachments: # 1 Exhibit 1)(Ram, Michael) (Filed on 4/30/2021) (Entered: 04/30/2021) |
| 05/12/2021 | 38 | CLERKS NOTICE CONVERTING MOTION HEARING RE: 26 28 TO ZOOM HEARING. Motion Hearing set for 5/13/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc<br><br>**General Order 58.** Persons granted acces s to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>28 MOTION to Stay and 26 MOTION to Dismiss. Motion Hearing set for 5/13/2021 01:30 PM in San Francisco, - Videoc onference Only before Judge Edward M. Chen. (Related documents(s) 28 , 26 ) *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (afmS, COURT STAFF) (Filed on 5/12/2021) (Entered: 05/12/2021) |
| 05/13/2021 | 39 | **Minute Entry for proceedings held before Judge Edward M. Chen:**<br><br>**Motion Hearing held on 5/13/2021 re 28 MOTION to Stay, 26 MOTION to Dismiss/Strike. Court takes motions under submission.**<br><br>**Total Time in Court: 21 Minutes.**<br>**Court Reporter: Marla Knox.**<br><br>**Plaintiff Attorneys: Benjamin Osborne, Michael Ram.**<br>**Defendant Attorney: Debbie Berman.**<br><br>**Attachment: Minute Order.**<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(afmS, COURT STAFF) (Date Filed: 5/13/2021) (Entered: 05/13/2021)** |
| 05/18/2021 | 40 | **ORDER Denying 26 Defendant's Motion to Compel Arbitration. Signed by Judge Edward M. Chen on 5/18/2021. (emcsec, COURT STAFF) (Filed on 5/18/2021) (Entered: 05/18/2021)** |
| 05/18/2021 | 41 | CLERKS NOTICE SETTING ZOOM HEARING. Motion 26 28 Hearing set for 6/24/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar. See order 40 .<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc<br><br>**General Order 58.** Persons granted access to cou rt proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |

| | | |
|---|---|---|
| | | Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.<br><br>28 MOTION to Stay re 26 MOTION to Dismiss MOTION to Strike */ Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and,* 26 *MOTION to Dismiss MOTION to Strike / Notice of Defendant's Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 and Motion to Strike Pursuant to California Code of Civil Procedure § 425.16 and Memorandum in Support. Motion Hearing set for 6/24/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. (Related documents(s)* 28 *,* 26 *) (This is a text-only entry generated by the court. There is no document associated with this entry.) (afmS, COURT STAFF) (Filed on 5/18/2021) (Entered: 05/18/2021)* |
| 05/18/2021 | 42 | TRANSCRIPT ORDER for proceedings held on 05/13/2021 before Judge Edward M. Chen by PeopleConnect, Inc., for Court Reporter Marla Knox. (Berman, Debbie) (Filed on 5/18/2021) (Entered: 05/18/2021) |
| 05/20/2021 | 43 | TRANSCRIPT ORDER for proceedings held on 5/13/2021 before Judge Edward M. Chen for Court Reporter Marla Knox. (rjdS, COURT STAFF) (Filed on 5/20/2021) (Entered: 05/20/2021) |
| 05/28/2021 | 44 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byMeredith Callahan. (Attachments: # 1 Exhibit A)(Ram, Michael) (Filed on 5/28/2021) (Entered: 05/28/2021) |
| 05/28/2021 | 45 | Transcript of Zoom Webinar Proceedings held on May 13, 2021, before Judge Edward M. Chen. Court Reporter, Marla F. Knox, RPR, CRR, RMR, telephone number (602) 391-6990/email marla_knox@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 42 Transcript Order ) Release of Transcript Restriction set for 8/26/2021. (Related documents(s) 42 ) (mfk, COURT STAFF) (Filed on 5/28/2021) (Entered: 05/28/2021) |
| 06/02/2021 | 46 | **CLERK'S NOTICE RESCHEDULING 26 28 MOTION HEARINGS FROM 6/24/2021 TO SPECIALLY SET DATE 7/9/2021 AT 1:30PM: Hearing re 26 MOTION to Dismiss MOTION to Strike and 28 MOTION to Stay set for 6/24/2021 is vacated and specially reset for 7/9/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar.**<br><br>**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc**<br><br>**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photog raphing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**<br><br>**Zoom Guidance and Setup: htt ps://www.cand.uscourts.gov/zoom/.**<br><br>**Motion Hearing set for 7/9/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen.** *(This is a text-only entry generated by the court. There* |

| | | |
|---|---|---|
| | | *is no document associated with this entry.)*(afmS, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/16/2021 | 47 | NOTICE OF APPEAL AND CIRCUIT RULE 3-2 REPRESENTATION STATEMENT to the 9th Circuit Court of Appeals filed by PeopleConnect, Inc.. Appeal of Order 40 - (Appeal Fee of $505.00, receipt number 0971-16084633 paid). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Spelman, Kate) (Filed on 6/16/2021) (Entered: 06/16/2021) |
| 06/23/2021 | 48 | USCA Case Number 21-16040 for 47 Notice of Appeal to the Ninth Circuit, filed by PeopleConnect, Inc.. (tnS, COURT STAFF) (Filed on 6/23/2021) (Entered: 06/23/2021) |
| 07/01/2021 | 49 | MOTION to Stay *Proceedings Pending Appeal Of The Court's Decision To Deny Defendant's Motion to Compel Arbitration* filed by PeopleConnect Inc., PeopleConnect, Inc.. Motion Hearing set for 8/5/2021 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 7/15/2021. Replies due by 7/22/2021. (Attachments: # 1 Proposed Order Granting Defendant's Motion To Stay Proceedings)(Spelman, Kate) (Filed on 7/1/2021) (Entered: 07/01/2021) |
| 07/02/2021 | 50 | **CLERK'S NOTICE RESCHEDULING HEARING RE 26 28 MOTIONS FROM 7/9/2021 TO 7/12/2021 AT 1:00PM: Hearing re 26 MOTION to Dismiss, MOTION to Strike, 28 MOTION to Stay re 26 MOTION to Dismiss, MOTION to Strike. Motion Hearing set for 7/9/2021 is vacated and rescheduled for 7/12/2021 01:00 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar.** <br><br>**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc** <br><br>**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.** <br><br>**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.** <br><br>**Motion Hearing set for 7/12/2021 01:00 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(afmS, COURT STAFF) (Filed on 7/2/2021) Modified on 7/2/2021 (afmS, COURT STAFF). (Entered: 07/02/2021) |
| 07/02/2021 | 51 | JOINT STIPULATION AND [PROPOSED] ORDER to *Continue Hearing on PeopleConnect's Motions to Dismiss, Strike, and Stay Discovery* filed by PeopleConnect, Inc.. (Attachments: # 1 Declaration of Debbie L. Berman)(Spelman, Kate) (Filed on 7/2/2021) (Entered: 07/02/2021) |
| 07/06/2021 | 52 | **ORDER by Judge Edward M. Chen granting 51 Stipulation to Continue Hearing. Motion hearing re: 26 28 set for 7/12/2021 is vacated and rescheduled for 7/30/2021 at 1:30PM before Judge Edward M. Chen. Hearing will be conducted by Zoom Webinar.** (afmS, COURT STAFF) (Filed on 7/6/2021) (Entered: 07/06/2021) |
| 07/06/2021 | 53 | **CLERK'S NOTICE RESCHEDULING MOTION HEARINGS FROM 7/12/2021 TO 7/30/2021 AT 1:30PM: Motion Hearing re: 26 28 set for 7/12/2021 is vacated and rescheduled for 7/30/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar.** <br><br>**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc** |

| | | | |
|---|---|---|---|
| | | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>**26** MOTION to Dismiss MOTION to Strike **28** MOTION to Stay re **26** MOTION to Dismiss MOTION to Strike. Motion Hearing set for 7/30/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(afmS, COURT STAFF) (Filed on 7/6/2021) Modified on 7/6/2021 (afmS, COURT STAFF). (Entered: 07/06/2021) |
| | 07/13/2021 | 54 | OPPOSITION/RESPONSE (re 49 MOTION to Stay *Proceedings Pending Appeal Of The Court's Decision To Deny Defendant's Motion to Compel Arbitration* ) filed byMeredith Callahan. (Attachments: # 1 Exhibit 1)(Ram, Michael) (Filed on 7/13/2021) (Entered: 07/13/2021) |
| | 07/13/2021 | 55 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *in Further Opposition to Defendant's Motion to Dismiss* filed byMeredith Callahan. (Attachments: # 1 Exhibit A)(Ram, Michael) (Filed on 7/13/2021) (Entered: 07/13/2021) |
| | 07/14/2021 | 56 | Transcript Designation Form (Spelman, Kate) (Filed on 7/14/2021) (Entered: 07/14/2021) |
| | 07/22/2021 | 57 | REPLY (re 49 MOTION to Stay *Proceedings Pending Appeal Of The Court's Decision To Deny Defendant's Motion to Compel Arbitration*) filed by PeopleConnect, Inc.. (Spelman, Kate) (Filed on 7/22/2021) (Entered: 07/22/2021) |
| | 07/22/2021 | 58 | Declaration of Lynne Gross in Support of 57 Reply to Opposition/Response filed byPeopleConnect, Inc.. (Related document(s) 57 ) (Spelman, Kate) (Filed on 7/22/2021) (Entered: 07/22/2021) |
| | 07/22/2021 | 59 | **CLERK'S NOTICE ADVANCING DATE OF HEARING RE 49 MOTION TO STAY FROM 8/5/2021 TO 7/30/2021 AT 1:30PM:** Hearing re 49 MOTION to Stay *Proceedings Pending Appeal Of The Court's Decision To Deny Defendant's Motion to Compel Arbitration* is ADVANCED from 8/5/2021 to 7/30/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/emc<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconfe rence are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>**Motion Hearing set for 7/30/2021 01:30 PM in San Francisco, - Videoconference Only before Judge Edward M. Chen.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(afmS, COURT STAFF) (Filed on 7/22/2021) (Entered: 07/22/2021) |
| | 07/27/2021 | 60 | MOTION for Leave to File *a Supplemental Memorandum in Support of Defendant's Motion to Dismiss* filed by PeopleConnect, Inc.. (Attachments: # 1 Proposed Order, # 2 |

| | | |
|---|---|---|
| | | Supplemental Memorandum in Support of Defendant's Motion to Dismiss, # 3 Declaration of Clint Smith)(Spelman, Kate) (Filed on 7/27/2021) (Entered: 07/27/2021) |
| 07/30/2021 | 61 | **Minute Entry for proceedings held before Judge Edward M. Chen: Motion Hearing held on 7/30/2021 re: 49 Motion to Stay; 26 Motion to Dismiss; 26 Motion to Strike ; 28 Motion to Stay. Court takes motions under submission.**<br><br>**Total Time in Court: 56 Minutes.**<br>**Court Reporter: Ana Dub.**<br><br>**Plaintiff Attorneys: Michael Ram, Benjamin Osborn.**<br>**Defendant Attorney: Debbie Berman.**<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(afmS, COURT STAFF) (Date Filed: 7/30/2021) (Entered: 07/30/2021)** |
| 07/30/2021 | 62 | TRANSCRIPT ORDER for proceedings held on 7/30/2021 before Judge Edward M. Chen by PeopleConnect, Inc., for Court Reporter Ana Dub. (Berman, Debbie) (Filed on 7/30/2021) (Entered: 07/30/2021) |
| 08/03/2021 | 63 | OPPOSITION/RESPONSE (re 60 MOTION for Leave to File *a Supplemental Memorandum in Support of Defendant's Motion to Dismiss* ) filed byMeredith Callahan. (Ram, Michael) (Filed on 8/3/2021) (Entered: 08/03/2021) |
| 08/04/2021 | 64 | MOTION for Leave to File *a Reply in Support of Its Supplemental Memorandum* filed by PeopleConnect, Inc.. (Attachments: # 1 Proposed Order, # 2 Reply in Support of Defendants Supplemental Memorandum)(Spelman, Kate) (Filed on 8/4/2021) (Entered: 08/04/2021) |
| 08/05/2021 | 65 | TRANSCRIPT ORDER for proceedings held on 7/30/2021 before Judge Edward M. Chen for Court Reporter Ana Dub. (rjdS, COURT STAFF) (Filed on 8/5/2021) (Entered: 08/05/2021) |
| 08/11/2021 | 66 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *IN FURTHER OPPOSITION TO DEFENDANTS MOTION TO DISMISS* filed byMeredith Callahan. (Attachments: # 1 Exhibit A)(Ram, Michael) (Filed on 8/11/2021) (Entered: 08/11/2021) |
| 08/11/2021 | 67 | Transcript of Remote Zoom Video Conference Proceedings held on 7/30/2021, before Judge Edward M. Chen. Court Reporter Ana Dub, RDR, RMR, CRR, CSR No. 7445, telephone number ana_dub@cand.uscourts.gov; 415-290-1651. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 62 Transcript Order ) Release of Transcript Restriction set for 11/5/2021. (Related documents(s) 62 ) (amdS, COURT STAFF) (Filed on 8/11/2021) (Entered: 08/11/2021) |
| 08/12/2021 | 68 | OPPOSITION/RESPONSE (re 64 MOTION for Leave to File *a Reply in Support of Its Supplemental Memorandum* ) filed byMeredith Callahan. (Ram, Michael) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/16/2021 | 69 | **CLERK'S NOTICE. Defendant is ordered to file a response to 68 Plaintiffs' collateral estoppel argument. The response shall be filed by 8/23/2021.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(afmS, COURT STAFF) (Filed on 8/16/2021) (Entered: 08/16/2021)** |
| 08/23/2021 | 70 | /Defendant PeopleConnect, Inc.'s Response in Opposition to Plaintiffs' Collateral Estoppel |

| | | |
|---|---|---|
| | | *Claims re 69 Clerk's Notice* filed by PeopleConnect, Inc.. (Spelman, Kate) (Filed on 8/23/2021) (Entered: 08/23/2021) |
| 08/26/2021 | 71 | MOTION for Leave to File *Reply in Support of Collateral Estoppel* filed by Meredith Callahan. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Ram, Michael) (Filed on 8/26/2021) (Entered: 08/26/2021) |
| 09/20/2021 | 72 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *IN FURTHER OPPOSITION TO DEFENDANTS MOTION TO DISMISS* filed byLawrence Geoffrey Abraham, Meredith Callahan. (Attachments: # 1 Exhibit A)(Ram, Michael) (Filed on 9/20/2021) (Entered: 09/20/2021) |
| 09/30/2021 | 73 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *in Further Opposition to Defendant's Motion to Dismiss* filed byMeredith Callahan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ram, Michael) (Filed on 9/30/2021) (Entered: 09/30/2021) |
| 10/26/2021 | 74 | ADMINISTRATIVE MOTION CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 7-11 filed by Lawrence Geoffrey Abraham, Meredith Callahan. Responses due by 11/1/2021. (Ram, Michael) (Filed on 10/26/2021) (Entered: 10/26/2021) |
| 10/28/2021 | 75 | NOTICE of Change of Address by Kate Tainsky Spelman (Spelman, Kate) (Filed on 10/28/2021) (Entered: 10/28/2021) |
| 11/01/2021 | 76 | **ORDER by Judge Edward M. Chen Denying 49 Defendant's Motion to Stay Pending Appeal; Granting in Part and Denying in Part 26 Defendant's Motion to Dismiss and Strike; and Denying 28 Defendant's Motion to Stay Discovery.** (emcsec, COURT STAFF) (Filed on 11/1/2021) (Entered: 11/01/2021) |
| 11/01/2021 | 77 | OPPOSITION/RESPONSE (re 74 ADMINISTRATIVE MOTION CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL L.R. 7-11 ) */ Response in Opposition to Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related Under Civil L.R. 7-11* filed byPeopleConnect, Inc.. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Spelman, Kate) (Filed on 11/1/2021) (Entered: 11/01/2021) |
| 11/01/2021 | 78 | Request for Judicial Notice re 77 Opposition/Response to Motion, */ Request for Judicial Notice in Support of PeopleConnect, Inc.'s Opposition to Plaintiffs' Administrative Motion* filed byPeopleConnect, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 77 ) (Spelman, Kate) (Filed on 11/1/2021) (Entered: 11/01/2021) |
| 11/02/2021 | 79 | **CLERK'S NOTICE. 74 Plaintiff's motion to relate is DENIED. The Court also denies Defendant's request for sanctions in the form of the costs incurred in responding to Plaintiff's motion. However, the Court emphasizes that it agrees with Defendant that the motion to relate is baseless under the standard set in Local Rule 3-12 (requiring, e.g., that the actions concern substantially the same parties, property, transaction, or event). Plaintiff's counsel is forewarned that it risks being sanctioned in the future should it engage in similar conduct. The motion to relate was a waste of the parties' time as well as the Court's.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (afm, COURT STAFF) (Filed on 11/2/2021) (Entered: 11/02/2021) |
| 12/01/2021 | 80 | ANSWER to Complaint with Jury Demand byPeopleConnect, Inc.. (Spelman, Kate) (Filed on 12/1/2021) (Entered: 12/01/2021) |
| 12/09/2021 | 81 | ORDER of USCA as to 47 Notice of Appeal to the Ninth Circuit, filed by PeopleConnect, Inc. (cv, COURT STAFF) (Filed on 12/9/2021) (Entered: 12/09/2021) |
| 12/13/2021 | 82 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-16712334.) filed by Lawrence Geoffrey Abraham, Meredith Callahan. |

| | | |
|---|---|---|
| | | (Borrelli, Raina) (Filed on 12/13/2021) (Entered: 12/13/2021) |
| 12/13/2021 | 83 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-16712604.) filed by Lawrence Geoffrey Abraham, Meredith Callahan. (Strauss, Samuel) (Filed on 12/13/2021) (Entered: 12/13/2021) |
| 12/13/2021 | 84 | **ORDER by Judge Edward M. Chen granting 82 Motion for Pro Hac Vice. (afm, COURT STAFF) (Filed on 12/13/2021) (Entered: 12/13/2021)** |
| 12/15/2021 | 85 | MOTION to Strike 80 Answer to Complaint filed by Lawrence Geoffrey Abraham, Meredith Callahan. Motion Hearing set for 1/20/2022 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 12/29/2021. Replies due by 1/5/2022. (Osborn, Benjamin) (Filed on 12/15/2021) (Entered: 12/15/2021) |
| 12/17/2021 | 90 | CLERK'S NOTICE of the United States Supreme Court: The petition for a writ of certiorari in the above entitled case was filed on December 13, 2021 and placed on the docket December 15, 2021 as No. 21-885. (dhm, COURT STAFF) (Filed on 12/17/2021) (Entered: 12/20/2021) |
| 12/19/2021 | 86 | UNOPPOSED MOTION to Stay Pending Resolution of Appeal filed by Lawrence Geoffrey Abraham, Meredith Callahan. Motion Hearing set for 1/28/2021 01:30 PM in San Francisco, Courtroom 05, 17th Floor before Judge Edward M. Chen. Responses due by 1/10/2022. Replies due by 1/24/2022. (Osborn, Benjamin) (Filed on 12/19/2021) Modified text on 12/20/2021 (dhm, COURT STAFF). (Entered: 12/19/2021) |
| 12/20/2021 | 87 | **ORDER by Judge Edward M. Chen granting 83 Motion for Pro Hac Vice. (afm, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021)** |
| 12/20/2021 | 88 | **ORDER by Judge Edward M. Chen granting 86 Motion to Stay. (afm, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021)** |
| 12/20/2021 | 89 | **CLERK'S NOTICE: Motion Hearing re: 85 Motion to Strike is vacated pursuant to stay.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(afm, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021)** |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/23/2021 08:00:46 | | | |
| **PACER Login:** | raskinlaw | **Client Code:** | 140-203 Uharriet |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-09203-EMC |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |