Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (to be admitted *Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

Sam Strauss (admitted *Pro Hac Vice*)
sam@turkestrauss.com
Raina Borrelli (admitted *Pro Hac Vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (509) 4423

*Attorneys for Plaintiffs and the Proposed Class*

Gary J. Gorham (SBN 171061)
ggorham@raskinlawllp.com
RASKIN GORHAM ANDERSON LAW
11333 Iowa Avenue
Los Angeles, California 90025
Phone: (310) 202-5544 |
Facsimile:  (310) 202-5540

*Attorneys for Defendant MyLife.com, Inc.*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO. 3:21-08229

1

| | |
|---|---|
| JAMES UHARRIET, AVIVA KELLMAN, ALISON BOCKIUS, and KAREN EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MyLife.com, Inc.,<br><br>Defendant. | Case No. 3:21-08229<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING** |

Pursuant to Local Rules 6-1 and 6-2, James Uharriet, Aviva Kellman, Alison Bockius, and Karen Evans ("Plaintiffs") and MyLife.com, Inc. ("Defendant" or "MyLife"), by and through their undersigned counsel, hereby stipulate to modify the briefing schedule for Plaintiffs' opposition to Defendant's Motion to Compel Arbitration or Alternatively to Stay or Dismiss (Doc. 23) (the "Motion") and for Defendant's reply brief thereto, as well as to continue the hearing on the Motion, which is currently set for February 10, 2022. In support of this stipulation, the Parties hereby stipulate to the following:

1. Plaintiff Uharriet filed a Class Action Complaint against Defendant on October 22, 2021. Doc. 1. The Parties subsequently stipulated to extend the time for Defendant to respond to the Complaint to December 3, 2021. Doc. 16.

2. On December 3, 2021, Plaintiffs filed a First Amended Class Action Complaint that added additional plaintiffs and legal claims. Doc. 18.

3. On December 23, 2021, MyLife filed a Motion to Compel Arbitration or Alternatively to Stay or Dismiss limited to Plaintiff Uharriet. (Doc. 23).

4. The current deadline for Plaintiff Uharriet's response to the Motion is January 6, 2022.

5. Given the recent holidays and deadlines Plaintiffs' counsel have upcoming in other cases, the Parties have agreed to modify the briefing schedule for Plaintiffs' opposition to the Motion such that it is due on January 24, 2022, and Defendant's reply brief in support of the Motion is due on February 7, 2022.

6. The Parties further agreed to request that the hearing on the Motion, which is

1 | currently scheduled for February 10, 2022 (*see* Doc. 23) be continued to a date at the Court's
2 | earliest convenience following the conclusion of the briefing on the Motion.
3 |      The Parties therefore respectfully request that this Court grant the below briefing schedule
4 | changes and continue the hearing on the Motion until briefing on the Motion is complete:

| | |
|---|---|
| Plaintiff Uharriet's Opposition to the Motion | January 24, 2022 |
| Defendant's Reply in Support of the Motion | February 7, 2022 |
| Hearing on the Defendant's Motion | At the Court's earliest available date following the completion of briefing on the Motion. |

| | | |
|---|---|---|
| 1 | Dated: January 4, 2022 | By: /s/ Raina C. Borrelli |
| 2 | | Sam Strauss (*Pro Hac Vice*) |
| | | sam@turkestrauss.com |
| 3 | | Raina Borrelli (*Pro Hac Vice*) |
| 4 | | raina@turkestrauss.com |
| | | TURKE & STRAUSS LLP |
| 5 | | 613 Williamson St., Suite 201 |
| | | Madison, Wisconsin 53703-3515 |
| 6 | | Telephone: (608) 237-1775 |
| 7 | | Facsimile: (509) 4423 |
| 8 | | Michael F. Ram (SBN 104805) |
| | | mram@forthepeople.com |
| 9 | | Marie N. Appel (SBN 187483) |
| 10 | | mappel@forthepeople.com |
| | | MORGAN & MORGAN |
| 11 | | COMPLEX LITIGATION GROUP |
| 12 | | 711 Van Ness Avenue, Suite 500 |
| | | San Francisco, CA 94102 |
| 13 | | Telephone: (415) 358-6913 |
| | | Facsimile: (415) 358-6923 |
| 14 | | |
| 15 | | Benjamin R. Osborn (to be admitted *Pro Hac Vice*) |
| 16 | | 102 Bergen St. |
| | | Brooklyn, NY 11201 |
| 17 | | Telephone: (347) 645-0464 |
| 18 | | Email: ben@benosbornlaw.com |
| 19 | | |
| | | *Attorneys for Plaintiffs and the Proposed Classes* |
| 20 | | |
| 21 | | |
| 22 | Dated: January 4, 2022 | RASKIN GORHAM ANDERSON LAW |
| 23 | | |
| 24 | | By: /s/ *Gary J. Gorham* |
| | | Gary J. Gorham |
| 25 | | Attorneys for Defendant |
| 26 | | MYLIFE.COM, INC. |
| 27 | | |
| 28 | | |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: January 4, 2022                           */s/ Raina C. Borrelli*

                                                  Raina C. Borrelli


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 6, 2022

                                                  Hon. Vince Chhabria
                                                  United States District Court Judge