Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

Steven A. Erkel
serkel@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

*Attorneys for Defendant*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES UHARRIET, AVIVA KELLMAN, ALISON BOCKIUS, and KAREN EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MYLIFE.COM, INC.,<br><br>Defendant. | Case No. 3:21-cv-08229-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MOTION TO STRIKE DEFENDANT'S ANSWER** |

Pursuant to Local Rules 6-1 and 6-2, James Uharriet, Aviva Kellman, Alison Bockius, and Karen Evans ("Plaintiffs") and MyLife.com, Inc. ("Defendant" or "MyLife"), by and through

1

their undersigned counsel, hereby stipulate to extend the deadline for Plaintiffs to bring any motion to strike any portion of MyLife's Answer (Doc. 40) from February 25, 2022, to March 25, 2022. In support of this stipulation, the Parties hereby stipulate to the following:

1. Plaintiff Uharriet filed a Class Action Complaint against Defendant on October 22, 2021. Doc. 1. The Parties subsequently stipulated to extend the time for Defendant to respond to the Complaint to December 3, 2021. Doc. 16.

2. On December 3, 2021, Plaintiffs filed a First Amended Class Action Complaint that added additional plaintiffs and legal claims. Doc. 18.

3. On December 23, 2021, MyLife filed a Motion to Compel Arbitration or Alternatively to Stay or Dismiss limited to Plaintiff Uharriet. Doc. 23.

4. On January 21, 2022, MyLife withdrew its motion to Compel Arbitration or Alternatively to Stay or Dismiss. Doc. 38.

5. On February 4, 2022, MyLife filed its Answer to the First Amended Complaint and Affirmative and Additional Defenses. Doc. 40.

6. Pursuant to Fed. R. Civ. P. 12(f), the current deadline for Plaintiffs to move to strike any portion of MyLife's Answer is February 25, 2022.

7. The parties are currently in the process of meeting and conferring about any motion to strike by Plaintiffs and expect that the meet and confer will narrow the scope of any such motion. An extension of the current deadline for Plaintiffs' motion is required to allow the Parties sufficient time to complete their meet and confer discussions.

8. The Parties therefore respectfully request that this Court extend the deadline for any motion to strike MyLife's Answer to March 25, 2022.

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MOTION TO STRIKE DEFENDANT'S ANSWER
Case No. 3:21-cv-08229-VC

| | | |
|---|---|---|
| Dated: February 22, 2022 | By: | /s/ Raina C. Borrelli |

                                          Sam Strauss (*Pro Hac Vice*)
                                          sam@turkestrauss.com
                                          Raina Borrelli (*Pro Hac Vice*)
                                          raina@turkestrauss.com
                                          TURKE & STRAUSS LLP
                                          613 Williamson St., Suite 201
                                          Madison, Wisconsin 53703-3515
                                          Telephone: (608) 237-1775
                                          Facsimile: (608) 509-4423

                                          Michael F. Ram (SBN 104805)
                                          mram@forthepeople.com
                                          Marie N. Appel (SBN 187483)
                                          mappel@forthepeople.com
                                          MORGAN & MORGAN
                                          COMPLEX LITIGATION GROUP
                                          711 Van Ness Avenue, Suite 500
                                          San Francisco, CA 94102
                                          Telephone: (415) 358-6913
                                          Facsimile: (415) 358-6923

                                          Benjamin R. Osborn (to be admitted *Pro Hac Vice*)
                                          102 Bergen St.
                                          Brooklyn, NY 11201
                                          Telephone: (347) 645-0464
                                          Email: ben@benosbornlaw.com

                                          *Attorneys for Plaintiffs and the Proposed Classes*

| | | |
|---|---|---|
| Dated: February 22, 2022 | By: | /s/ Steven A. Erkel |

                                          Steven A. Erkel
                                          serkel@seyfarth.com
                                          SEYFARTH SHAW LLP
                                          400 Capitol Mall, Suite 2350
                                          Sacramento, California 95814-4428
                                          Telephone: (916) 448-0159
                                          Facsimile: (916) 558-4839

                                          *Attorneys for Defendant*

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MOTION TO STRIKE DEFENDANT'S ANSWER
Case No. 3:21-cv-08229-VC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: February 22, 2022                    /s/ Raina C. Borrelli

                                                      Raina C. Borrelli

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____                    _____

                                                      Hon. Vince Chhabria

                                                    United States District Court Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR MOTION TO STRIKE DEFENDANT'S ANSWER
Case No. 3:21-cv-08229-VC

# **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of February, 2022.

                      TURKE & STRAUSS LLP

                      By:   */s/ Raina C. Borrelli*
                            Raina C. Borrelli *Admitted Pro Hac Vice*
                            Email: raina@turkestrauss.com
                            TURKE & STRAUSS LLP
                            613 Williamson St., Suite 201
                            Madison, WI 53703
                            Telephone: (608) 237.1775
                            Facsimile: (608) 509.4423