1  Michael F. Ram (SBN 104805)
   mram@forthepeople.com
2  Marie N. Appel (SBN 187483)
   mappel@forthepeople.com
3  MORGAN & MORGAN
4  COMPLEX LITIGATION GROUP
   711 Van Ness Avenue, Suite 500
5  San Francisco, CA 94102
   Telephone: (415) 358-6913
6  Facsimile: (415) 358-6293

7  [Additional Counsel listed on Signature Block]
8  *Attorneys for Plaintiffs and the Proposed Class*

9  Steven A. Erkel
   serkel@seyfarth.com
10 SEYFARTH SHAW LLP
   400 Capitol Mall, Suite 2350
11 Sacramento, California 95814-4428
12 Telephone: (916) 448-0159
   Facsimile: (916) 558-4839

14 [Additional Counsel listed on Signature Block]
   *Attorneys for Defendant MyLife.com, Inc.,*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES UHARRIET, AVIVA KELLMAN, ALISON BOCKIUS, and KAREN EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MYLIFE.COM, INC.,<br><br>Defendant. | Case No. 3:21-cv-08229-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PENDING MEDIATION** |

Plaintiffs James Uharriet, Aviva Kellman, Alison Bockius, and Karen Evans ("Plaintiffs") and MyLife.com, Inc. ("Defendant" or "MyLife"), by and through their undersigned counsel,

hereby stipulate to stay discovery and all deadlines pending mediation on October 4, 2022. In support of this stipulation, the Parties hereby stipulate to the following:

1. Plaintiff Uharriet filed a Class Action Complaint against Defendant on October 21, 2021. (Doc. 1.) The Parties subsequently stipulated to extend the time for Defendant to respond to the Complaint to December 3, 2021. (Doc. 16.)

2. On December 3, 2021, Plaintiffs filed a First Amended Class Action Complaint that added additional plaintiffs and legal claims. (Doc. 18.)

3. Plaintiffs served their first set of Interrogatories and Requests for Production of Documents on MyLife on December 22, 2021.

4. On December 23, 2021, MyLife filed a Motion to Compel Arbitration or Alternatively to Stay or Dismiss limited to Plaintiff Uharriet. (Doc. 23.)

5. The Parties subsequently stipulated to modify the briefing schedule on MyLife's Motion, Doc. 29, which the Court ordered. (Doc. 30.)

6. The Parties filed their Joint Case Management Statement on January 12, 2022, and the Court held its Initial Case Management Conference on January 19, 2022. (Doc. 37.) That day, the Court denied MyLife's request to stay and bifurcate discovery, and set the Case Schedule. *Id*.

7. On January 21, 2022, MyLife withdrew its Motion to Compel Arbitration or Alternatively to Stay or Dismiss this action, Doc. 38, and filed its answer on February 4, 2022, Doc. 40.

8. MyLife served its responses and objections to Plaintiffs' first set of discovery requests on February 21, 2022. MyLife made its first production of documents on March 1, 2022. Plaintiffs reviewed MyLife's responses and objections and initiated the meet and confer process on March 2, 2022. MyLife made a second document production on March 10, 2022, after the Protective Order was entered. To date, MyLife has produced over 400,000 pages of documents as part of this litigation.

9. The Parties stipulated to extend the deadline for Plaintiffs to file any motion to strike any portion of MyLife's answer, Doc. 41, which the Court ordered. ( Doc. 42.)

10. The Parties were able to resolve any issues with respect to MyLife's answer, and MyLife filed its Amended Answer on March 8, 2022. Doc. 44.

11. The Parties also negotiated a stipulated protective order, Doc. 43, which this Court entered. (Doc. 45.)

12. The Parties began negotiating a stipulated ESI protocol and search terms as part of their meet and confer efforts regarding MyLife's responses to Plaintiffs' discovery requests. MyLife served amended responses and objections on May 24, 2022.

13. Since early June, the Parties have been trying to privately negotiate a resolution to this case. During this time, Plaintiffs continued to review the documents that MyLife produced and to meet and confer with MyLife about discovery and production issues.

14. In early July, the Parties agreed to attend a mediation and have discovery stayed to focus on a potential resolution. Last week, the Parties were able to secure a date to mediate with Judge Adler on October 4, 2022.

15. At all times, the Parties have been diligently prosecuting this case with the intent of proceeding to trial.

16. The Parties therefore respectfully request that this Court grant a stay of the discovery and case schedule deadlines pending the mediation scheduled for October 4, 2022:

| | |
|---|---|
| Close of Fact Discovery | September 1, 2022 |
| Plaintiffs' Motion for Class Certification and affirmative expert report due | September 30, 2022 |
| Defendant's Responses and opposing expert reports due | October 28, 2022 |
| Plaintiffs' Replies and rebuttal expert reports due | November 18, 2022 |
| Motion Hearing on the Class Certification Motion | December 15, 2022 |
| Case Management Statement due | January 4, 2023 |
| Further Case Management Conference | January 11, 2023 |

17. Should mediation be unsuccessful, the Parties will submit a proposed case schedule by October 14, 2022.

Dated: August 3, 2022

| | |
|---|---|
| */s/ Raina C. Borrelli* | */s/ Steven Andrew Erkel* |
| Raina Borrelli (*Pro Hac Vice*) | Steven Andrew Erkel |
| raina@turkestrauss.com | serkel@seyfarth.com |
| Sam Strauss (*Pro Hac Vice*) | SEYFARTH SHAW LLP |
| sam@turkestrauss.com | 400 Capitol Mall, Suite 2350 |
| TURKE & STRAUSS LLP | Sacramento, CA 95814 |
| 613 Williamson St., Suite 201 | Telephone: (916) 448-0159 |
| Madison, Wisconsin 53703-3515 | |
| Telephone: (608) 237-1775 | Gary J. Gorham |
| Facsimile: (509) 4423 | ggorham@raskinlawllp.com |
| | RASKIN GORHAM ANDERSON LAW |
| Michael F. Ram (SBN 104805) | 11333 Iowa Ave. |
| mram@forthepeople.com | Los Angeles, CA 90025 |
| Marie N. Appel (SBN 187483) | Telephone: (310) 202-5544 |
| mappel@forthepeople.com | |
| MORGAN & MORGAN | John Wesley Drury |
| COMPLEX LITIGATION GROUP | jdrury@seyfarth.com |
| 711 Van Ness Avenue, Suite 500 | Pamela Quigley Devata |
| San Francisco, CA 94102 | pdevata@seyfarth.com |
| Telephone: (415) 358-6913 | SEYFARTH SHAW LLP |
| Facsimile: (415) 358-6923 | 233 Sourth Wacker Drive, Suite 8000 |
| | Chicago, IL 60606 |
| Benjamin R. Osborn (to be admitted *Pro Hac Vice*) | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| ben@benosbornlaw.com | |
| 102 Bergen St. | *Attorneys for Defendant MyLife.com, Inc.,* |
| Brooklyn, NY 11201 | |
| Telephone: (347) 645-0464 | |

*Attorneys for Plaintiffs and the Proposed Classes*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

| | |
|---|---|
| Dated: August 3, 2022 | */s/ Raina C. Borrelli* |
| | Raina C. Borrelli |

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that this Action is stayed pending
2 mediation on October 4, 2022.

 Dated                                Hon. Vince Chhabria
 United States District Court Judge

# **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 3rd day of August, 2022.

                                  TURKE & STRAUSS LLP

                                  By: */s/ Raina C. Borrelli*
                                          Raina C. Borrelli
                                          raina@turkestrauss.com
                                          TURKE & STRAUSS LLP
                                          613 Williamson St., Suite 201
                                          Madison, WI 53703
                                          Telephone: (608) 237-1775
                                          Facsimile: (608) 509-4423