UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES UHARRIET, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MYLIFE.COM, INC.,<br><br>    Defendant. | Case No. 21-cv-08229-VC<br><br>**ORDER DENYING STIPULATION TO STAY PENDING MEDIATION**<br><br>Re: Dkt. No. 47 |

    Less than a month before the close of fact discovery, and less than two months before the motion for class certification is due, the parties filed a stipulated request to vacate all litigation deadlines because they just scheduled a mediation to take place two months from now. That request is denied. The named plaintiffs and their counsel have a responsibility to diligently pursue the case on behalf of the absent class members they hope to represent. The plaintiffs and their counsel have not shown why they could not have scheduled a mediation earlier, to take place before the close of discovery. If the parties wish to attempt to reach a settlement before the close of discovery, they are free to do so on their own or with the assistance of a mediator who might currently be available to help them.

    **IT IS SO ORDERED.**

Dated: August 4, 2022

_____
VINCE CHHABRIA
United States District Judge