Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

SEYFARTH SHAW LLP
Steven A. Erkel (SBN 299263)
serkel@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 498-0159
Facsimile: (916) 558-4839

*Additional Counsel Listed in Caption*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES UHARRIET, AVIVA KELLMAN, ALISON BOCKIUS, and KAREN EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MYLIFE.COM, INC.,<br><br>Defendant. | Case No. 3:21-cv-08229-VC<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT REQUEST FOR DISMISSAL** |

Having considered the parties' Joint Request for Dismissal, and good cause having been shown, the Court ORDERS as follows:

1.     The parties have demonstrated that unnamed class members whose claims are not being resolved by the parties' settlement are not prejudiced by the dismissal of this action.

2.      The parties have demonstrated that it is not necessary for unnamed class members to be notified of the dismissal of this action.

3.      The parties' Joint Request is GRANTED, and this matter is dismissed with prejudice.

**IT IS SO ORDERED**.

September 13, 2022

Dated

Hon. Vince Chhabria
United States District Court Judge